IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **EARNEST DE GUNIA**, Personal Representative of the Estate of Gladys V. DeGunia, Deceased | ) ) ) ) | |
| Plaintiff, | ) ) | 7:04CV5023 |
| vs. | ) ) | ORDER |
| **UNITED STATES OF AMERICA,** | ) ) | |
| Defendant. | ) | |

This matter is before the court on the parties' oral motion for an extension of time in which to report to the court on the meeting of the parties to propose a discovery plan pursuant to Fed. R. Civ. P. 26(f). The motion will be granted to the extent set forth below.

**IT IS ORDERED:**

1. The parties' oral motion is granted as set forth below.

2. The parties are granted additional time in which to meet and confer pursuant to Fed. R. Civ. P. 26(f) and shall file their report **on or before June 20, 2005** regarding their discovery plan.

DATED this 10th day of June, 2005.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge