```
              IN THE UNITED STATES DISTRICT COURT FOR THE

                          DISTRICT OF NEBRASKA

EARNEST DeGUNIA, Personal      )
Representative of the Estate   )
of Gladys V. DeGunia,          )
Deceased,                      )
                               )
          Plaintiff,           )        7:04CV5023
                               )
     v.                        )
                               )
UNITED STATES OF AMERICA,      )           ORDER
                               )
          Defendant.           )
_____)
```

   This matter is before the Court on the stipulation and motion for dismissal with prejudice (Filing No. 21). Pursuant thereto,

   IT IS ORDERED that this action is dismissed with prejudice, each party to pay their own costs.

   DATED this 19th day of July, 2005.

           BY THE COURT:

           /s/ Lyle E. Strom
           _____
            LYLE E. STROM, Senior Judge
            United States District Court